**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TC HULETT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22-CV-1270-PLC |
| | ) |
| CONCRETE STRATEGIES, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On November 29, 2022, self-represented plaintiff TC Hulett, Jr. filed an employment discrimination action pursuant to 42 U.S.C. § 1981. ECF No. 1. However, plaintiff has neither filed a motion for leave to proceed *in forma pauperis* nor paid the Court's $402 filing fee. *See* Local Rules 2.01(B) and 2.05(A); *see also* 28 U.S.C. § 1915(a)(1). Because plaintiff is proceeding *pro se*, the Court provides an opportunity to either pay the full filing fee or submit a proper motion and affidavit to proceed *in forma pauperis* within **thirty (30) days** of the date of this order. The Court instructs the Clerk to mail plaintiff an 'Application to Proceed in District Court without Prepaying Fees and Costs' form. If plaintiff fails to comply, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of its 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed *in forma pauperis* or pay the full $402 filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed *in forma pauperis* or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

                                        */s/ Patricia L. Cohen*
                                        PATRICIA L. COHEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of December, 2022